No. 76–835.   United States *v.* New York Telephone Co. C. A. 2d Cir.   Certiorari granted.

No. 76–5325.   Browder *v.* Director, Department of Corrections of Illinois.   C. A. 7th Cir.   Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–483.   Ayo-Gonzalez et al. *v.* United States. C. A. 5th Cir.   Certiorari denied.

No. 76–494.   International Union of Operating Engineers, Local 542 et al. *v.* National Labor Relations Board.   C. A. 3d Cir.   Certiorari denied.

No. 76–495.   KAKE–TV & Radio, Inc. *v.* United States et al.   C. A. 10th Cir.   Certiorari denied.

No. 76–534.   International Association of Machinists & Aerospace Workers, AFL–CIO, et al. *v.* Oxco Brush Division of Vistron Corp.   C. A. 6th Cir.   Certiorari denied.

No. 76–542.   Thomason *v.* Sanchez et al.   C. A. 3d Cir. Certiorari denied.

No. 76–553.   Wald Transfer & Storage Co. et al. v. National Labor Relations Board.   C. A. 5th Cir.   Certiorari denied.

No. 76–565.   Bailey *v.* Delaware.   Sup. Ct. Del.   Certiorari denied.

No. 76–572.   Buzzard *v.* United States.   C. A. 10th Cir. Certiorari denied.